UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMED MOHAMMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 16-4084 |
| ) | |
| CHICAGOLAND COMMISSARY ) | |
| LLC, d/b/a DUNKIN' DONUTS, ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |

**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT, THE ILLINOIS MINIMUM WAGE LAW, THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT, AND THE CITY OF CHICAGO MINIMUM WAGE ORDINANCE, AND BREACH OF CONTRACT**

Plaintiff, Ahmed Mohammed, complains against Defendant, CHICAGOLAND COMMISSARY LLC, d/b/a DUNKIN' DONUTS ("**DUNKIN' DONUTS**"), and in support respectfully states as follows:

**NATURE OF ACTION**

1. This action is brought under the Fair Labor Standards Act, 29 USC § 201 *et seq*. ("**FLSA**"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("**IMWL**"), the City of Chicago Minimum Wage Ordinance ("**CMWO**"), Chicago Municipal Code 1-24-010 et seq., and the Illinois Wage Payment and Collection Act, 820 ILCS 115/3 ("**IWPCA**") and seeks damages for Defendant's failure to pay Plaintiff Ahmed Mohammed for all the hours he worked, and failure to pay him at one and a half times his regular rate of pay

1

(the "*Overtime Rate*") for all time worked in excess of 40 hours per week. This Complaint also seeks damages for breach of contract.

2. As described below, Dunkin' Donuts' actions constitute wage theft. In addition, they gave Dunkin' Donuts an unfair competitive advantage over other, law-abiding businesses, and deprived Federal, State and local governments of revenue.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) and 29 USC § 216(b). The Court also has supplemental jurisdiction pursuant to 28 USC § 1391(a) (2).

4. Venue is proper in this district under 28 USC §§ 1391(b) and (c) because Defendant is based in the Northern District of Illinois, and because the events or omissions giving rise to the claim occurred in this district.

## PARTIES

5. Plaintiff is a resident of the State of Illinois, residing at 6903 N. Rockwell Ave, Chicago, IL 60659. He is a legal immigrant from India whose native language is Urdu. He cannot read or write in English, and can only speak and understand it at a relatively low level.

6. Defendant is a limited liability company, organized and operating under the laws of the State of Delaware, authorized to do business in the State of Illinois, in the business of acting as a Dunkin' Donuts franchisee with over thirty locations, and uses the trade name Dunkin' Donuts. Its

principal place of business is 1519 W. Madison, Chicago, IL 60607. Defendant is an "employer" as that term is used in FLSA, IMWL, CMWO and IWPCA. Defendant can be served through its registered agent, John Luxem, 1519 W. Madison, Chicago, IL 60607.

## FACTS

7. For approximately seven years, from approximately April 2009 until March 2016, Plaintiff was employed at the Dunkin' Donuts located at Grand and Ashland in Chicago. He was an "employee" as that term is used in FLSA, IMWL, CMWO and IWPCA.

8. The Dunkin' Donuts is open 24 hours a day, and Plaintiff worked as a "shift leader" for the overnight shift, usually scheduled to start at 8:00 or 8:30 PM and end at 6:00 or 6:30 AM, and paid on an hourly basis. He frequently stayed beyond the end of his shift, sometimes working 12 or more hours at a stretch. Typically, he worked six or seven days a week, putting in around 60 to 70 hours every week, and often more.

9. His job involved duties one would expect to be performed overnight at a Dunkin' Donuts: working the cash register, serving coffee and donuts, cleaning and other maintenance.

10. However, no matter how many hours Plaintiff worked, he was only paid for 40 hours, and when he worked more than 40 hours in a week, he did not receive Overtime Pay (or any pay at all).

## APPLICABLE LAW

11. The FLSA at 29 USC § 207, the IMWL at 820 ILCS 105/4a and the CMWO at 1-24-020, all require an employer to pay an employee minimum wage for all hours worked, and to pay the Overtime Rate for all time worked beyond 40 hrs./week.

12. The IWPCA, at 820 ILCS 115/3, requires every employer to pay the employee all wages earned, on no less than a semi-monthly basis.

13. Some employees are exempt from these protections, including anyone "employed in a bona fide executive, administrative, or professional capacity." 29 C.F.R. § 213(a)(1).[1] Mr. Mohammed is not exempt.

## BLATANT VIOLATIONS

14. Plaintiff retained certain documents from his employment that demonstrate the blatant, willful and egregious nature of Dunkin' Donuts' violation of Federal, State and local law.

15. Dunkin' Donuts published weekly work schedules for its employees. For the three week period from June 7, 2015 through June 28, 2015, Mr. Mohammed was scheduled to work every day, from 8:00 PM through 6:00 AM the next morning, 70 hours per week. **Group Exhibit A.**

---

[1] Unless otherwise noted, all references to "Code," "section" or "§" refer to the Code of Federal Regulations.

4

16. During that period, Dunkin' Donuts issued a paycheck for the period of May 31, 2015 through June 13, 2015 for gross wages of $680, 80 hours at $8.50 per hour. In fact, as the schedule at Exhibit A shows, Plaintiff actually worked 140 hours during that two week period. The paystub is attached as **Exhibit B**.

17. At that time, the minimum wage in Illinois was $8.25 per hour. At 40 hours, that would $330 per week. At 70 hours (40 hours regular and 30 hours at the Overtime Rate ($12.30 per hour), the minimum permissible wage would be $330 for regular hours, plus $369 in overtime, for a total of $699 per week. Thus, Mr. Mohammed's gross wages should have been $1,398 for that two week period, $718 more than what he was actually paid. Of course, he may have worked more hours than the 140 hours scheduled.

18. As a second example, for the pay period August 9, 2015 through August 22, 2015, Plaintiff was paid at the rate of $9.75 per hour for 80 regular hours. **Exhibit C.**

19. The CMWO at 1-24-020 (a) instituted a city wide minimum wage of $10 per hour effective July 1, 2015. In contravention of the ordinance, Plaintiff never received wages greater than $9.75 per hour through March 2016.

20. Dunkin' Donuts employees at the Grand and Ashland location clocked in and out through an electronic device which issued a receipt. The "Clock Out" receipts show the total time since clocking in, excluding meals and

breaks. Plaintiff kept many, though not all, of the Clock Out receipts which corroborate the theft of his wages.

21. For the 14 day period covered by Exhibit C, Plaintiff retained 12 Clock Out receipts, one for each day except for August 19th.[2]

22. As **Exhibit D**, a collection of Clock Out receipts from August 2015, shows, Plaintiff worked the following hours:

| Date | Hours |
|---|---|
| 8/9/2015 | 11.82 |
| 8/10/2015 | 11.98 |
| 8/11/2015 | 11.1 |
| 8/12/2015 | 10.93 |
| 8/13/2015 | 11.2 |
| 8/14/2015 | 11.77 |
| 8/15/2015 | 11.15 |
| 8/16/2015 | 11.33 |
| 8/17/2015 | 11.08 |
| 8/18/2015 | 12.78 |
| 8/19/2015 | ????? |
| 8/20/2015 | 12.13 |
| 8/21/2015 | 11.23 |
| 8/22/2015 | 11.68 |

For a total of 150.18 hours.

23. At the Chicago Minimum wage of $10 per hour, Plaintiff should have been paid (at a minimum) $800 for regular time (80 hours at $10 per hour),

---

[2] Although Plaintiff was scheduled to work 9.5 hours on that date, and most likely worked ten or more hours on that date, that date won't be considered since Plaintiff does not have Clock Out receipts for August 19.

plus over time for 70.18 hours at $15 per hour, $1,052.70, for a total of $1,852.70, $1072.70 more than he was actually paid[3].

24. These two examples are not anomalous. Plaintiff consistently worked at least 60 hours per week (and often more than 70 hours) and was consistently paid for only 40 hours, every week for seven years.

25. As a rough calculation, Dunkin' Donuts stole somewhere between $350 and $450 from Plaintiff per week for each of the approximately 364 weeks he worked there. That's a range of $127,400 to $163,800 in stolen wages.

26. Only a full accounting from Dunkin' Donuts can reveal the extent of the theft.

## Count I
## Violation of Fair Labor Standards Act

27. Plaintiff repeats and incorporates ¶¶ 1 –26 above.

28. Dunkin' Donuts failed to pay Plaintiff for the time that he worked beyond 40 hours/week in violation of FLSA, 29 USC § 206.

29. Dunkin' Donuts also failed to pay Plaintiff at the Overtime Rate when he worked more than 40 hours/week in violation of FLSA, 29 USC § 207.

30. Plaintiff did not work in a "bona fide executive, administrative, or professional capacity" insofar as his primary duties involved preparing food,

---

[3] If Plaintiff did work at least ten hours on August 19th, as he normally would have, that would be at least another $150. Dunkin' Donut's records can clarify the extent of the theft.

7

cleaning and working a cash register. He did not hire or fire employees, make schedules, or have supervisory duties. He had little to no discretion in performing his duties, and has had minimal education. He was paid less than $455 per week. He was therefore not exempt from the FLSA, 29 USC § 213. See 29 CFR §§ 541.100-300.

31. A violation is "willful" if the defendant either knows he is committing or is reckless about whether he is committing a violation. *McLaughlin v. Richland Shoe Co* 486 U.S. 128, 133 (1988); *EEOC v. Madison City. Unit Sch. Dist. No. 12*, 818 F. 2nd 577, 585 (7th Cir. 1987).

32. Dunkin' Donuts violation of FLSA was willful, repeated and intentional.

33. Any employer who violates the provisions of 29 USC § 206 or § 207 shall be liable to the employee or employees affected in the amount of their unpaid minimum wages and overtime compensation and in an additional equal amount as liquidated damages. 29 USC § 216 (b).

34. Liquidated damages for violation of the FLSA are mandated, and viewed by the courts as normal damages. *Salton v. United Consumers Club*, 786 F. 2nd 303, 310 (7th Cir. 1986). Double damages are the norm, not the exception. *Avita v. Metropolitan Club of Chicago, Inc.*, 49 F. 3rd 1219, 1223 (7th Cir. 1995).

WHEFORE, Plaintiff requests that the Court award judgment in his favor and against Defendant, and award him:

8

  A. Back pay at the appropriate rate for all the hours that he worked at Dunkin' Donuts in excess of the hours already paid, plus overtime Pay for all hours he worked in excess of 40/week, in an amount of at least $127,400.

  B. Liquidated damages in an amount equal to the amount of unpaid back wages pursuant to 29 USC § 216(b), at least an additional $127,400; and,

  C. Pre and post-judgment interest, and reasonable attorneys' fees and costs.

## Count II
## Violation of Illinois Minimum Wage Law

35. Plaintiff repeats and incorporates ¶¶ 1 –34 above.

36. Section 541.118(a) controls the IMWL's interpretation of the term "employee employed in a bona fide executive, administrative or professional capacity". 820 ILCS 105/4 a(2)(E).

37. As outlined above, Dunkin' Donuts did not pay Plaintiff the minimum wage required by the IMWL.

38. Because, for the reasons outlined above, Plaintiff does not meet the criteria for an exempt employee under FLSA, he does not meet the criteria under IMWL either.

  WHEREFORE, Plaintiff requests that the Court award judgment in his favor and against Defendant, and award his:

  A. Back pay at the appropriate rate for all the hours that he worked in excess of the hours already paid plus overtime pay for all hours he worked in excess of 40/week, in an amount of at least $127,400;

  B. Statutory damages of 2% per month pursuant to the formula set out in 820 ILCS § 105/12(a); and,

  C. Pre- and post-judgment interest, and reasonable attorneys' fees and costs.

**Count III**
**Violation of Illinois Wage Payment and Collection Act**

39. Plaintiff repeats and incorporates ¶¶ 1 – 38 above.

40. As set out above, Defendant did not pay Plaintiff all the wages he had earned in violation of the IWPCA.

  WHEREFORE, Plaintiff requests that the Court award judgment in his favor and against Defendant, and award his:

  A. Back pay at the appropriate rate for all the hours that he worked in excess of the hours already paid;

  B. Overtime Pay for all hours he worked in excess of 40/week;

  C. Statutory damages of 2% per month pursuant to the formula set out in 820 ILCS § 115/14; and,

  D. Pre- and post-judgment interest, and reasonable attorneys' fees and costs.

## Count IV
## Violation of the Chicago Minimum Wage Ordinance

41. Plaintiff repeats and incorporates ¶¶ 1 –40 above.

42. As set out above, Defendant did not pay Plaintiff the minimum wage required by the CMWO from July 1, 2015 through March 3, 2016.

43. The CMWO, section 1-24-110, provides that an employee may recover three times the amount of any underpayment, together with costs and attorney fees.

WHEREFORE, Plaintiff requests that the Court award judgment in his favor and against Defendant, and award his:

    A.    Back pay at the appropriate rate for all the hours that he worked from July 1, 2015 through March 3, 2016 in excess of the hours already paid, plus overtime pay for all hours he worked from July 1, 2015 through March 3, 2016 in excess of 40/week, in an amount of at least $12,500;

    B.    Statutory damages of three times the amount of the underpayment, in an amount of at least $37,500; and,

    C.    Pre- and post-judgment interest, and reasonable attorneys' fees and costs.

## Count V
## Breach of Contract

44. Plaintiff repeats and incorporates ¶¶ 1 –43 above.

45. Plaintiff and Dunkin' Donuts had an employment contract whereby Dunkin' Donuts would pay Plaintiff at an agreed upon rate, ranging from

11

$7.75 per hour in April 2009, up to $9.75 per hour in July 2016, with time and half for overtime.

46. Plaintiff performed his duties as required by Dunkin' Donuts.

47. Dunkin' Donuts failed to pay plaintiff for all of the agreed upon wages.

48. Plaintiff is owed at least $127,400 in back wages for regular and overtime pay.

WHEREFORE, Plaintiff requests that the Court award judgment in his favor and against Defendant, and award his:

    A.    Back pay at the appropriate rate for all the hours that Plaintiff worked at Dunkin' Donuts in excess of the hours already paid;

    B.    Overtime Pay for all hours Plaintiff worked in excess of 40/week;

    C.    Pre- and post-judgment interest, and costs.

PLAINTIFF DEMANDS TRIAL BY JURY

                              Respectfully submitted,
                              Ahmed Mohammed

                              /s/ Adam Goodman
                              One of his attorneys

Adam Goodman, ARDC No. 6229333
Wesley Johnson, ARDC No. 6225257
Goodman Tovrov Hardy & Johnson LLC
105 West Madison Street
Suite 1500
Chicago IL 60602
312.752-4828 (WEJ)
agoodman@goodtov.com
wjohnson@goodtov.com

DUNKIN SCHEDULE_060715_061315.xlsx

Page 1 of 1

GRAND & ASHLAND

| | 7 Jun<br>SUN | 8 Jun<br>MON | 9 Jun<br>TUE | 10 Jun<br>WED | 11 Jun<br>THU | 12 Jun<br>FRI | 13 Jun<br>SAT |
|---|---|---|---|---|---|---|---|
| | OFF | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM |
| | 7:00 AM 12:00 PM | 7:00 AM 12:00 PM | 7:00 AM 11:00 AM | 7:00 AM 11:00 AM | 7:00 AM 11:00 AM | OFF | OFF |
| | 6:00 AM 2:00 PM | 5:00 AM 11:00 AM | OFF | 5:00 AM 1:00 PM | OFF | 5:00 AM 2:00 PM | 2:00 PM 8:30 PM |
| | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 6:00 PM | OFF |
| | OFF | OFF | 6:00 AM 11:00 AM | OFF | 6:00 AM 1:00 PM | 6:00 AM 10:00 AM | 6:00 AM 12:00 PM |
| | OFF | OFF | OFF | 6:00 AM 10:00 AM | 6:00 AM 10:00 AM | 6:00 AM 11:00 AM | 12:00 PM 6:00 PM |
| | OFF | 6:00 AM 10:00 AM | 6:00 AM 1:00 PM | 6:00 AM 10:00 AM | 6:00 AM 12:00 PM | OFF | 6:00 AM 11:00 AM |
| | OFF | 7:00 AM 10:00 AM | 7:00 AM 10:00 AM | OFF | OFF | 6:00 AM 12:00 PM | 6:00 AM 11:00 AM |
| | 6:00 AM 11:00 AM | 5:00 AM 11:00 AM | 5:00 AM 11:00 AM | OFF | 5:00 AM 11:00 AM | OFF | OFF |
| | OFF | 11:00 AM 6:00 PM | 12:00 PM 6:00 PM | 6:00 AM 10:00 AM | OFF | 6:00 AM 10:00 AM | OFF |
| | 7:00 AM 5:00 PM | OFF | 6:00 AM 12:00 PM | 10:00 AM 5:00 PM | 11:00 AM 6:00 PM | 11:00 AM 8:30 PM | 6:00 AM 2:00 PM |
| | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM |
| | OFF | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM |
| | 1:00 PM 8:30 PM | 6:30 AM 12:30 PM | 3:30 PM 9:00 PM | 3:00 PM 8:30 PM | OFF | 3:00 PM 9:00 PM | 6:00 AM 12:30 PM |
| | 1:00 PM 10:00 PM | 3:00 PM 8:30 PM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 6:30 AM 12:30 PM | 6:00 AM 1:00 PM | OFF |
| | OFF | OFF | OFF | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM |
| | 8:00 PM 6:00 AM | 8:30 PM 6:00 AM | OFF | OFF | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM |
| | 7:00 AM 1:00 PM | OFF | 6:00 AM 12:30 PM | OFF | 3:30 PM 9:00 PM | OFF | 3:30 PM 9:00 PM |

SHIFT LEADER AHMED

**EXHIBIT A**

DUNKIN SCHEDULE_061415_062015.xlsx

GRAND & ASHLAND

| | SUN 14 Jun | MON 15 Jun | TUE 16 Jun | WED 17 Jun | THU 18 Jun | FRI 19 Jun | SAT 20 Jun |
|---|---|---|---|---|---|---|---|
| | OFF | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM |
| | 7:00 AM 12:00 PM | 7:00 AM 12:00 PM | 7:00 AM 11:00 AM | 7:00 AM 11:00 AM | 7:00 AM 11:00 AM | OFF | OFF |
| | 6:00 AM 2:00 PM | 5:00 AM 11:00 AM | OFF | 5:00 AM 1:00 PM | OFF | 5:00 AM 2:00 PM | 2:00 PM 8:30 PM |
| | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | 2:00 PM 8:30 PM | OFF |
| | OFF | OFF | 6:00 AM 1:00 PM | OFF | 6:00 AM 1:00 PM | 6:00 AM 10:00 AM | 6:00 AM 12:00 PM |
| | OFF | 6:00 AM 10:00 AM | 6:00 AM 11:00 AM | 6:00 AM 10:00 AM | 6:00 AM 10:00 AM | 6:00 AM 11:00 AM | 6:00 AM 1:00 PM |
| | OFF | OFF | OFF | 6:00 AM 10:00 AM | 6:00 AM 12:00 PM | OFF | OFF |
| | OFF | 7:00 AM 10:00 AM | 7:00 AM 10:00 AM | OFF | OFF | 6:00 AM 12:00 PM | 6:00 AM 11:00 AM |
| | 6:00 AM 11:00 AM | 5:00 AM 6:00 PM | 5:00 AM 11:00 AM | OFF | 5:00 AM 11:00 AM | OFF | OFF |
| | 7:00 AM 5:00 PM | OFF | 11:00 AM 6:00 PM | 10:00 AM 6:00 PM | 11:00 AM 6:00 PM | 6:00 AM 6:00 PM | 6:00 AM 5:00 PM |
| | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM |
| | OFF | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM |
| | OFF | 6:30 AM 12:30 PM | 3:30 PM 9:00 PM | 6:00 AM 12:30 PM | 6:00 AM 12:30 PM | 3:00 PM 9:00 PM | 6:00 AM 12:30 PM |
| | 7:00 AM 1:30 PM | 3:00 PM 8:30 PM | 8:00 PM 6:00 AM | 3:00 PM 8:30 PM | OFF | OFF | OFF |
| | OFF | 9:00 AM 1:00 PM | OFF | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM |
| | 8:00 PM 6:00 AM | 8:30 PM 6:00 AM | OFF | 8:00 PM 5:00 AM | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM |
| | 1:00 PM 8:30 PM | OFF | 6:00 AM 12:30 PM | OFF | 3:30 PM 9:00 PM | OFF | 3:30 PM 9:00 PM |

SHIFT LEADER
AHMED

DUNKIN SCHEDULE_062115_062715.xlsx

Page 1 of 1

GRAND & ASHLAND

| | SUN 21 Jun | MON 22 Jun | TUE 23 Jun | WED 24 Jun | THU 25 Jun | FRI 26 Jun | SAT 27 Jun |
|---|---|---|---|---|---|---|---|
| | OFF | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM | 6:00 AM 11:00 AM |
| | 7:00 AM 12:00 PM | 7:00 AM 2:00 PM | 7:00 AM 2:00 PM | 7:00 AM 2:00 PM | 7:00 AM 2:00 PM | 7:00 AM 2:00 PM | OFF |
| | 2:00 PM 9:30 PM | 7:00 AM 2:00 PM | OFF | 6:00 AM 12:00 PM | OFF | 6:00 AM 2:00 PM | 6:00 AM 2:00 PM |
| | OFF | 2:00 PM 9:30 PM | 4:00 PM 9:30 PM | 4:00 PM 9:30 PM | 4:00 PM 9:30 PM | 4:00 PM 9:30 PM | 4:00 PM 9:30 PM |
| | 6:00 AM 12:00 PM | OFF | 5:00 AM 12:00 PM | OFF | 6:00 AM 12:00 PM | OFF | 6:00 AM 12:00 PM |
| | OFF | 6:00 AM 11:00 AM | 2:00 PM 6:00 PM | 2:00 PM 6:00 PM | 2:00 PM 6:00 PM | 2:00 PM 6:00 PM | OFF |
| | OFF | 6:00 AM 11:00 AM | OFF | 6:00 AM 12:00 PM | 6:00 AM 12:00 PM | OFF | 6:00 AM 10:00 AM |
| | 12:00 PM 4:00 PM | 2:00 PM 6:00 PM | 6:00 AM 10:30 AM | OFF | OFF | 6:00 AM 12:00 PM | 2:00 PM 6:00 PM |
| | OFF | 7:00 AM 11:00 AM | 6:00 AM 11:00 AM | OFF | 6:00 AM 11:00 AM | 6:00 AM 12:00 PM | 6:00 AM 12:00 PM |
| | 7:00 AM 2:00 PM | OFF | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM |
| | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM |
| | OFF | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM cooler | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM | 7:00 AM 4:00 PM |
| | OFF | 6:30 AM 12:30 PM | 9:00 AM 2:00 PM | 6:00 AM 12:30 PM | OFF | 3:00 PM 9:00 PM | 6:00 AM 12:30 PM |
| | 7:00 AM 1:30 PM | 3:00 PM 8:30 PM | 3:30 PM 8:00 PM | 3:00 PM 8:30 PM | 6:00 AM 12:30 PM | OFF | OFF |
| | OFF | 9:00 AM 1:00 PM | OFF | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM | 9:00 AM 1:00 PM |
| | 8:00 PM 6:00 AM | 8:30 PM 6:00 AM | 8:00 PM 6:00 AM | 8:00 PM 6:00 AM | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM | 8:30 PM 6:30 AM |
| | 1:00 PM 8:30 PM | OFF | 6:00 AM 12:30 PM | OFF | 3:30 PM 9:00 PM | OFF | 3:30 PM 9:00 PM |

SHIFT LEADER AHMED



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0484 | AHMED MOHAMMED | | | CHICAGOLAND COMMISSARY LLC | | | |
| CHCO 29 | 0029 | 008941 | xxx-xx-8941 | 1519 W MADISON | | | |
| Period Start MAY 31, 2015 | Period Ending JUN 13, 2015 | Check Date JUN 19, 2015 | rv - M 02<br>st - M 02 | CHICAGO, IL 60607 | | | |

| EARNINGS | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION HOURS RATE | | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| SALARY | | 680.00 | FICA | 42.16 | | | GROSS | 8840.0 |
| | | | MEDFICA | 9.86 | | | FICA | 548.0 |
| | | | FED WTH | 4.15 | | | MEDFICA | 128.1 |
| | | | IL | 19.30 | | | FED WTH | 53.9 |
| | | | | | | | STATE | 250.9 |
| **Totals** | | 680.00 | | 75.47 | | 0.00 | Check Number 0028824 | Net Pay *******604.53 |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

**EXHIBIT B**

Chicagoland Commissary LLC - Chicagoland Commissary LLC 1519 W Madison Chicago, Illinois 60607

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| AHMED MOHAMMED | 8941 | 08/09/2015 | Chicago Commissary LLC |
| Address | SSN | Pay End Date | Department |
| | xxxxxxx8941 | 08/22/2015 | 29 Ashland |
| 6303 N ROCKWELL AVE | Net Pay | Check Date | Location |
| UNIT 3 | $703.48 | 08/28/2015 | Ashland |
| CHICAGO, IL 60659 | Fed Filing Status | State Filing Status | Job Title |
| | M,4 | IL, 4 | Shift Leader |
| | Fed Add. Amount | State Add. Amount | Pay Rate |
| | 0 | 0 | $20,280.00 / Salary |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $780.00 | $76.52 | $0.00 | $703.48 |
| YTD | $12,740.00 | $2,105.44 | $0.00 | $8,292.59 |

## Earnings

| Description | Amount | YTD | Hours | Rate |
|---|---|---|---|---|
| SALARY | $780.00 | $12,740.00 | 80.00 | 9.75 |
| TOTAL | $780.00 | $12,740.00 | 80.00 | |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $96.40 |
| FICA | $48.36 | $789.88 |
| Medicare | $11.31 | $184.73 |
| State Withholding - IL | $16.85 | $1,034.43 |
| TOTAL | $76.52 | $2,105.44 |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Direct Deposit | 101834 | Checking | XXXXX9045 | $703.48 |

# EXHIBIT C

Ahmed Mohammed
Clock-Out
Manager
8/6/2015 07:19 AM
Hours Worked Excluding Meals/Breaks: 11.02

Ahmed Mohammed
Clock-Out
Manager
8/10/2015 08:02 AM
Hours Worked Excluding Meals/Breaks: 11.98

Ahmed Mohammed
Clock-Out
Manager
8/7/2015 07:59 AM
Hours Worked Excluding Meals/Breaks: 11.05

Ahmed Mohammed
Clock-Out
Manager
8/11/2015 07:15 AM
Hours Worked Excluding Meals/Breaks: 11.10

Ahmed Mohammed
Clock-Out
Manager
8/8/2015 07:42 AM
Hours Worked Excluding Meals/Breaks: 11.32

Ahmed Mohammed
Clock-Out
Manager
8/12/2015 07:49 AM
Hours Worked Excluding Meals/Breaks: 10.93

Ahmed Mohammed
Clock-Out
Manager
8/9/2015 08:10 AM
Hours Worked Excluding Meals/Breaks: 11.82

Ahmed Mohammed
Clock-Out
Manager
8/13/2015 07:30 AM
Hours Worked Excluding Meals/Breaks: 11.20

**EXHIBIT D**

Ahmed Mohammed

Clock-Out
Manager
8/14/2015 08:01 AM
Hours Worked Excluding Meals/Breaks: 11.77

Ahmed Mohammed

Clock-Out
Manager
8/16/2015 07:39 AM
Hours Worked Excluding Meals/Breaks: 11.33

Ahmed Mohammed

Clock-Out
Manager
8/15/2015 07:58 AM
Hours Worked Excluding Meals/Breaks: 11.15

Ahmed Mohammed

/2015 07:35 AM

Ahmed Mohammed

Clock-Out
Manager
8/18/2015 07:36 AM
Hours Worked Excluding Meals/Breaks: 12.78

Ahmed Mohammed

Clock-Out
Manager
8/20/2015 08:25 AM
Hours Worked Excluding Meals/Breaks: 12.13

Ahmed Mohammed

Clock-Out
Manager
8/26/2015 07:54 AM
Hours Worked Excluding Meals/Breaks: 11.45

Ahmed Mohammed

Clock-Out
Manager
8/21/2015 07:42 AM
Hours Worked Excluding Meals/Breaks: 11.23

Ahmed Mohammed

Clock-Out
Manager
8/28/2015 07:28 AM
Hours Worked Excluding Meals/Breaks: 11.2

Ahmed Mohammed

Clock-Out
Manager
8/22/2015 07:56 AM
Hours Worked Excluding Meals/Breaks: 11.68

Ahmed Mohammed

Clock-Out
Manager
9/1/2015 06:37 AM
Hours Worked Excluding Meals/Breaks: 10.0