**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AHMED MOHAMMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-4084 |
| | ) | |
| CHICAGOLAND COMMISSARY | ) | Honorable Harry D. Leinenweber |
| LLC, d/b/a DUNKIN DONUTS, | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) | |

**NOTICE OF MOTION**

     Please take notice that on June 2, 2016, at 9:30 a.m., I shall appear before the Honorable Judge Harry D. Leinenweber or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1941, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's, MOTION TO DISMISS, a copy of which has been served on you concurrently with this Notice.
.

                                                  Respectfully submitted,

                                                  By: s/Michael Lee Tinaglia

Michael Lee Tinaglia, Esq. ARDC # 2835886
J. Molly Wretzky, Esq. ARDC # 6287713
LAW OFFICES OF MICHAEL LEE TINAGLIA, LTD.
444 N. Northwest Highway, Suite 350
Park Ridge, Illinois 60068
Phone: (847) 692-0421
Fax: (847) 685-0440
mltinaglia@tinaglialaw.com

**CERTIFICATE OF SERVICE**

      I, Michael Lee Tinaglia, an attorney hereby certifies that on May 17, 2016, I caused a copy of the foregoing Notice of Motion, Certificate of Service and DEFENDANTS' MOTION TO DISMISS, to be to be served upon all counsel of record via the Court's Electronic Filing system, in accordance with Local Rule 5.9.

                                              s/Michael Lee Tinaglia
                                                 Michael Lee Tinaglia

Michael Lee Tinaglia, Esq. ARDC # 2835886
J. Molly Wretzky, Esq. ARDC # 6287713
LAW OFFICES OF MICHAEL LEE TINAGLIA, LTD.
444 N. Northwest Highway, Suite 350
Park Ridge, Illinois 60068
Phone: (847) 692-0421; Fax: (847) 685-0440
mltinaglia@tinaglialaw.com