**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Ahmed Mohammed

Plaintiff,

v.

Case No.: 1:16−cv−04084
Honorable Harry D. Leinenweber

Chicagoland Commissary LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2016:

MINUTE entry before the Honorable Harry D. Leinenweber:For the reasons stated in open court, the motion to dismiss counts 1 and 2 is denied. Count 3 is denied. Count 4 is dismissed as moot and the motion to dismiss count 5 is denied. Parties directed to exchange documents and explore settlement. Status hearing set for 8/30/2016 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.